ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Signature Performance, Inc. ) ASBCA Nos. 61459, 61460
)
Under Contract No. FA8052-15-D-0003 )

APPEARANCE FOR THE APPELLANT: Mr. Allen Frederickson
President/CEO

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Christopher M. Judge, Esq.
Maj Michelle E. Gregory, USAF
Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: January 28, 2019

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61459, 61460, Appeals of Signature Performance, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals